UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAG. Case No. 04-2132-MORGAN

UNITED STATES OF AMERICA

vs.

ADRIAN MARTINEZ MONTERO
_____/

FILED by ____ D.C.
OCT 2 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

### CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ___ Yes  _X_ No

2. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No

3. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes  _X_ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500418
99 N. E. 4th Street, Ste. 600
Miami, Florida 33132-2111
TEL (305) 961-9207
FAX (305) 530-7976
E-MAIL ADDRESS: dana.washingtonl@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint    AUSA WASHINGTON

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 25 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

UNITED STATES OF AMERICA

v.

ADRIAN MARTINEZ MONTERO

CRIMINAL COMPLAINT

MAG. CASE NUMBER: 04-2132-MORGAN

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about October 12, 2004, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district in which the defendant was first brought, the defendant, an alien, having departed the United States while an order of removal was outstanding attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1324(a)(1).

I further state that I am a Customs and Border Protection Officer and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:     [x] Yes  [ ] No

_____
Signature of Complainant
Karol K. Strey
U.S. Customs and Border Protection, Key West, FL

Sworn to before me, and subscribed in my presence,

October 25, 2004                           at   Key West, Florida
Date                                            City and State

HUGH J. MORGAN
UNITED STATES MAGISTRATE JUDGE           _____
Name and Title of Judicial Officer         Signature of Judicial Officer

Mag. Case No. 04-2132-MORGAN
USA v. Adrian Martinez Montero

COMPLAINT APPROVED

[signature]

10-25-04

Mag. Case No. 04-2132-MORGAN

## AFFIDAVIT

I, Karol K. Strey, being duly sworn, do hereby deposes and states as follows:

1. I am a law enforcement officer employed by the United States Customs and Border Protection (CBP), Department of Homeland Security, previously the United States Immigration and Naturalization Service, for the past twelve years. I am currently assigned to the Key West Office, and my duties include enforcement and investigation of immigration laws including Title 8 of the United States Code.

2. The information in this affidavit is based on conversations with other law enforcement agents involved in this investigation. Additionally, I have reviewed immigration records pertinent to this investigation. The information set forth here is provided solely for the purpose of setting forth probable cause for a criminal complaint against **ADRIAN MARTINEZ MONTERO** and therefore it does not set forth everything I know about this case.

3. On September 26, 2000, **ADRIAN MARTINEZ MONTERO**, a Cuban alien, was paroled into the United States as a Refugee.

4. On January 13, 2001, **ADRIAN MARTINEZ MONTERO** was intercepted on a vessel departing Cuban territorial waters and carrying 13 Cuban nationals. He was subsequently indicted in the Southern District of Florida for alien smuggling. On March 20, 2002, **ADRIAN MARTINEZ MONTERO** was convicted of nine counts of alien smuggling.

5. On August 20, 2002, **ADRIAN MARTINEZ MONTERO** was ordered removed to Cuba by an Immigration Judge and on November 19, 2002, **ADRIAN MARTINEZ MONTERO** was released from Immigration custody under an Order of Supervision.

6. On October 12, 2004, **ADRIAN MARTINEZ MONTERO** was intercepted by U.S. Coast Guard and U.S. Customs and Border Protection assets on a 36' power boat while attempting to enter the United States. CBP Air and Marine Interdiction Division (AMID), marine interceptor patrol boats located the go-fast vessel in international waters headed in the direction of U.S. territorial waters and the Florida Keys. The vessel, when approached by the U.S. Coast Guard and AMID, refused to stop and attempted to flee. Both AMID patrol boats attempted to stop the go-fast vessel through the use of blue lights and sirens, hailing on channel 16, a public address system and hand signals. All of these attempts were disregarded. During these warnings the captain of the suspected vessel

continuously looked at the AMID patrol boats. After firing warning shots with negative results, the AMID patrol boats successfully stopped the fleeing go-fast vessel utilizing disabling fire. A total of thirty-three (33) aliens were onboard (18 males and 15 females, including 5 minors). Adrian **MARTINEZ** was identified as the master of the go-fast vessel, and German Jesus RUBI-PEREZ as a crewmember.

7. A check of the ICE Immigration database reveals that **ADRIAN MARTINEZ MONTERO** has not received prior permission to reenter the United States by the Attorney General or his successor the Secretary for Homeland Security, as required by law.

8. Based on the foregoing facts, I submit that probable cause exists that **ADRIAN MARTINEZ MONTERO**, an alien, having departed the United States while an order of removal was outstanding did attempt to enter the United States, without the prior express consent of the Attorney General or his successor, the Secretary for Homeland Security in violation of Title 8, United States Code, Section 1326(a)(1).

FURTHER AFFIANT SAYETH NAUGHT.

Karol K. Strey
Customs and Border Protection Officer
U.S. Customs and Border Protection
Key West, FL.

Subscribed and sworn to before me
this 25th day of October, 2004 at
Key West, Florida.

Hugh J. Morgan
United States Magistrate Judge

Mag. Case No. 04-32-Morgan
USA v. Adrian Martinez Montero

COMPLAINT APPROVED

10-25-04
DATE

Mag. Case No. 04- .132- MORGAN

## BOND RECOMMENDATION

DEFENDANT ADRIAN MARTINEZ MONTERO

$ Pretrial Detention       (Personal Surety, Recognizance, Corp. Surety, Cash) (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY